**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0296

Attorneys for Defendant, TARGET STORES, a Division of TARGET CORPORATION, erroneously served and sued herein as TARGET CORPORATION, a Minnesota Corporation

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAY ALSTROM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation and DOES 1 - 20, Inclusive,<br><br>Defendants. | CASE NO. CV09-4826 VBF (FFMx)<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET STORES, A DIVISION OF TARGET CORPORATION** |

Pursuant to Rule 41(a)(1), the settlement reached by the parties and the Stipulation for Dismissal, the Court hereby dismisses the complaint, with prejudice.

IT IS SO ORDERED

DATED: September 9, 2010

*Valerie Baker Fairbank*
_____
U.S. District Judge Valerie Baker Fairbank

---

**ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT TARGET STORES**